Adam W. Hansen, CA State Bar No. 264241
ahansen@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone:  (415) 277-7236
Facsimile:   (415) 277-7238

Attorneys for Plaintiff and Opt-In-Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAAG, individually and on behalf of all other similar situated individuals,<br><br>                    Plaintiff,<br><br>     vs.<br><br> QIAGEN, INC.,<br><br>                    Defendant. | Case No. 14-cv-00380-CAS-AGRx<br><br>**(PROPOSED) JUDGMENT ON OFFERS OF JUDGMENT**<br><br>Judge:    Hon. Christina A. Snyder<br>Ctrm.:    5<br>Complaint filed January 16, 2014 |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant QIAGEN, Inc., ("QIAGEN") served Named Plaintiff Daniel Maag ("Maag") with an Offer of Judgment, whereby QIAGEN offered to allow judgment to be taken against it for Mr. Maag's individual Fair Labor Standards Act ("FLSA") claim in the amount of Twenty One Thousand Five Hundred Four Dollars ($21,504.00) plus costs and reasonable attorneys' fees, accrued to the date of the Offer.  Such Offer of Judgment was duly accepted by Plaintiff Maag and in conjunction therewith, the Notice of Acceptance and Proof of Service was filed by the Plaintiff.

QIAGEN also served an Offer of Judgment for Opt-In-Plaintiff Anthony Fusaro in the amount of Five Thousand Nineteen Dollars and Sixty Cents ($5,019.60) plus reasonable attorneys' fees and costs.  Such Offer of Judgment was duly accepted

1

by Opt-In-Plaintiff Fusaro and in conjunction therewith, the Notice of Acceptance and Proof of Service was filed by the Opt-In-Plaintiff.

QIAGEN also served an Offer of Judgment for Opt-In-Plaintiff Michael Martucci in the amount of Sixty Six Thousand Eight Hundred Forty One Dollars and Twenty Four Cents ($66,841.24) plus reasonable attorneys' fees and costs. Such Offer of Judgment was duly accepted by Opt-In-Plaintiff Van Skaik and in conjunction therewith, the Notice of Acceptance and Proof of Service was filed by the Opt-In-Plaintiff.

QIAGEN also served an Offer of Judgment for Opt-In-Plaintiff Edward Ross in the amount of Sixty Eight Thousand One Hundred Sixty Five Dollars ($68,165.00) plus reasonable attorneys' fees and costs. Such Offer of Judgment was duly accepted by Opt-In-Plaintiff Ross and in conjunction therewith, the Notice of Acceptance and Proof of Service was filed by the Opt-In-Plaintiff.

QIAGEN also served an Offer of Judgment for Opt-In-Plaintiff Steven Van Skaik in the amount of Twenty Thousand Nine Hundred Ninety Seven Four Dollars and Thirty Six Cents ($20,997.36) plus reasonable attorneys' fees and costs. Such Offer of Judgment was duly accepted by Opt-In-Plaintiff Van Skaik and in conjunction therewith, the Notice of Acceptance and Proof of Service was filed by the Opt-In-Plaintiff.

NOW THEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that Judgment is entered for Plaintiff Daniel Maag in the amount of $21,504.00 plus costs and reasonable attorneys' fees, accrued to the date of the Offer for his individual FLSA claim, and for Opt-In-Plaintiff Anthony Fusaro in the amount of $5,019.60 plus reasonable attorneys' fees and costs, accrued to the date of the Offer for his individual FLSA claim, and for Opt-In-Plaintiff Michael Martucci in the amount of $66,841.24 plus reasonable attorneys' fees and costs, accrued to the date of the Offer for his individual FLSA claim, and for Opt-In-Plaintiff Edward Ross in the amount of $68,165.00 plus reasonable attorneys' fees and costs, accrued to the date of

the Offer for his individual FLSA claim, and for Opt-In-Plaintiff Steven Van Skaik in the amount of $20,997.36 plus reasonable attorneys' fees and costs, accrued to the date of the Offer for his individual FLSA claim.

As stated in each of their individual Offers of Judgment, in the event that the parties are unable to agree on the costs and reasonable attorneys' fees, Plaintiffs will be required to submit a petition for costs and attorneys' fees within fourteen (14) days of entry of this Order pursuant to Rule 54(d)(2)(B)(i) of the Federal Rules of Civil Procedure.

Dated: _March 24, 2014
_____

*/s/ Christina A. Snyder*

Honorable Christina A. Snyder