JS-6

Micha "Mitch" Danzig, Esq. (SBN: 177923)
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone:  858-314-1500
Facsimile:  858-314-1501
Email:  mdanzig@mintz.com

Nada I. Shamonki, Esq. (SBN: 205359)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
2029 Century Park East, Suite 1370
Los Angeles, California 90067
Telephone:  310-586-3200
Facsimile:  310-586-3202
Email:  nshamonki@mintz.com

Attorneys for Defendant QIAGEN, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MAAG, individually and on behalf of all other similar situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>QIAGEN, INC.,<br><br>Defendant. | Case No. 14-cv-00380-CAS-AGRx<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING PLAINTIFF AND OPT-IN-PLAINTIFFS' ATTORNEYS FEES AND COSTS AND DISMISSAL WITH PREJUDICE**<br><br>Judge:    Hon. Christina A. Snyder<br>Ctrm.:    5<br>Complaint filed January 16, 2014 |

The Court accepts the Parties' Stipulation Regarding Plaintiff and Opt-In-Plaintiffs' Attorneys Fees And Costs And Dismissal With Prejudice.

IT IS SO ORDERED that this matter be dismissed with prejudice.

Dated: _March 24, 2014
_____

*Christine A. Snyder*
_____
Honorable Christina A. Snyder

1